FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-22-00031-CR

Frank Edwin **STEPHENSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000012
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On August 22, 2022, appellant filed his second motion to extend time to file his brief. On that same date, appellant also filed his brief. The motion is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court